United States District Court
Southern District of Texas
**ENTERED**
February 09, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE MARTIN HERNANDEZ CUELLAR, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-111 |
| | § | |
| FRANCISCO VENEGAS, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

The Court has reviewed the Fifth Circuit's decision in *Buenrostro-Mendez v. Bondi*, — F.4th —, No. 25-20496, 2026 WL 323330 (5th Cir. Feb. 6, 2026), which it views as precluding Petitioner Jose Martin Hernandez Cuellar's claims based on the application of 8 U.S.C. §§ 1225 and 1226. As a result, it is:

**ORDERED** that all deadlines and hearings are **CANCELED;** and

**ORDERED** that by no later than February 20, 2026, Petitioner shall file a Statement explaining why the Fifth Circuit's decision in *Buenrostro-Mendez* does not result in denial of his Petition.

If the Petitioner does not timely file a Statement or fails to show how *Buenrostro-Mendez* does not result in denial of his claims, the Court will deny the Petition and dismiss this case.

Signed on February 9, 2026.

*/s/ Fernando Rodriguez, Jr.*
Fernando Rodriguez, Jr.
United States District Judge